UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT FREEDMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA, INC., MARK T. BERTOLINI, ELLEN M. HANCOCK, FRANK M. CLARK, EDWARD J. LUDWIG, JEFFREY E. GARTEN, FERNANDO AGUIRRE, MOLLY J. COYE, RICHARD J. HARRINGTON, JOSEPH P. NEWHOUSE, ROGER N. FARAH, AND OLYMPIA J. SNOWE,<br><br>Defendants. | Case No. 2:18-cv-00323<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF SECTIONS 14(a) AND 20(a) OF THE SECURITIES EXCHANGE ACT OF 1934**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to plaintiff only, and without prejudice to the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

DATED: March 1, 2018

**BARRACK, RODOS & BACINE**

By: /s/ Jeffrey W. Golan
    Jeffrey W. Golan
    Julie B. Palley
    3300 Two Commerce Square
    2001 Market Street
    Philadelphia, PA 19103
    Tel: (215) 963-0600
    Fax: (215) 963-0838

    *Attorneys for Plaintiff*
    *Robert Freedman*